MANNESMANN-SUMERBANK BORU ENDUSTRISI T.A.S., BORUSAN BIRLESIK BORU FABRIKALARI A.S., AND BORUSAN ITHALAT IHRACAT VE DAGITIM A.S., PLAINTIFFS *v.* UNITED STATES OF AMERICA, DEFENDANT, AND ALLIED TUBE & CONDUIT CORP. AND WHEATLAND TUBE CO., DEFENDANT-INTERVENORS

Court No. 98–05–02185

(Dated July 5, 2000)

## JUDGMENT ORDER

GOLDBERG, *Judge:* Upon consideration of the Department of Commerce's *Final Results of Redetermination on Remand Pursuant to Mannesmann-Sumerbank Boru Endustrisi T.A.S. v. United States, Slip Op.00–50 (CIT May 3, 2000),* June 1, 2000 ("Remand Results"), and all other papers filed herein, and no parties having filed comments regarding the Remand Results, it is hereby

ORDERED that the Remand Results are sustained in all respects.